**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| In re:  **Jud Charles Dauray** | ) | **Chapter 13** |
| **Debtor** | ) | **Case No.  13-36616-KLP** |
| | ) | |

---

| | | |
|---|---|---|
| **AGCO FINANCE LLC** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Adv. Pro. No. 14-03040** |
| | ) | |
| **JUD CHARLES DAURAY,** | ) | |
| | ) | |
| **Defendant** | ) | |

**AGREED ORDER RESOLVING
COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

THIS MATTER came before the Court on the Complaint of the Plaintiff, AGCO Finance, LLC, Determine the Dischargeability of a Debt regarding the Debtor's purchase of a Massey Ferguson 1643L Tractor/Loader.   The parties have agreed to resolve this Complaint.  It is therefore:

ORDERED that the Complaint to Determine Dischargeability of Debt is hereby withdrawn and removed from the active docket of this case.

ENTERED this _____ day of _____, 2014.

Sep 10 2014

/s/ Keith L. Phillips
_____
United States Bankruptcy Judge

I ask for this:

Entered on Docket:  Sep 11 2014

/s/ Matthew D. Huebschman
Matthew D. Huebschman, Esquire
Post Office Box 75
Roanoke, Virginia 24002-0075
Phone: (540) 344-4490
State Bar No.: 44181

Seen and Agreed to:


*/s/ Mark C. Leffler*
Mark C. Leffler
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230

## CERTIFICATE OF SERVICE AND ENDORSEMENT

I, Matthew D. Huebschman, Esq., certify that

[  ]    Pursuant to L. R. 9022-1(C)(2) the proposed order has been served on all necessary parties by first class mail, postage prepaid

[x ]    Pursuant to L.R. 9022-1(C)(1) the proposed order has been endorsed by all necessary parties.

[  ]    Pursuant to L.R. 9022-1(E), all necessary parties have endorsed and consented to this Order.

> */Matthew D. Huebschman*
> Matthew D. Huebschman


Copy mailed to:


Matthew D. Huebschman, Esquire
Post Office Box 75
Roanoke, Virginia 24002-0075

Mark C. Leffler
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230